IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SFA SYSTEMS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. 6:10-cv-00300-LED |
| BIGMACHINES, INC.; | § | |
| BECKMAN COULTER, INC.; | § | JURY DEMANDED |
| ENTERASYS NETWORKS, INC.; | § | |
| RICOH AMERICAS CORPORATION; | § | |
| HYUNDAI MOTOR AMERICA, INC.; | § | |
| and | § | |
| CARESTREAM HEALTH, INC., | § | |
| | § | |
| Defendants. | § | |

### SFA SYSTEMS, LLC'S RESPONSE TO THE AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF RICOH AMERICAS CORPORATION

Plaintiff SFA Systems, LLC ("SFA") submits the following response to the Amended Answer, Affirmative Defenses and Counterclaims filed by Ricoh Americas Corporation (Ricoh").

On December 14, 2010, Ricoh filed its Amended Answer, Affirmative Defenses and Counterclaims (the "Amended Answer"). Ricoh's Amended Answer only made amendments to its affirmative defenses and did not amend any allegations in its counterclaims against SFA. Consequently, SFA was not required to respond to the Amended Answer. With respect to the allegations in the counterclaims contained in Ricoh's Amended Answer, SFA's answer and responses to those identical allegations in Ricoh's Original Answer, Affirmative Defenses and Counterclaims apply equally to those allegations in Ricoh's Amended Answer.

Dated: January 7, 2011	Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:	*/s/ Eric W. Buether*
Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com
Christopher M. Joe
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com
Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com
1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1271
Facsimile: (214) 635-1827

Andrew Wesley Spangler
State Bar No. 24041960
**Spangler Law PC**
104 N. Houston St., Suite 135
Marshall, Texas 75670
Telephone: (903) 935-3443
Facsimile: (903) 938-7843
spangler@spanglerlawpc.com

David M. Pridham
RI State Bar No. 6625
**Law Office of David Pridham**
25 Linden Road
Barrington, Rhode Island 02806
Telephone: (401) 633-7247
Facsimile: (401) 633-7247
david@pridhamiplaw.com

**ATTORNEYS FOR PLAINTIFF
SFA SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 7th day of January 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

                                                                      */s/ Eric W. Buether*
                                                                      Eric W. Buether