**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| SFA SYSTEMS, LLC, § § Plaintiff, § v. § § § Civil Action No. 6:10-cv-00300-LED BIGMACHINES, INC.; § BECKMAN COULTER, INC.; § JURY DEMANDED ENTERASYS NETWORKS, INC.; § RICOH AMERICAS CORPORATION; § HYUNDAI MOTOR AMERICA, INC.; § and § CARESTREAM HEALTH, INC., § § Defendants. § | |

### SFA SYSTEMS, LLC'S RESPONSE TO THE AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS OF CARESTREAM HEALTH, INC.

Plaintiff SFA Systems, LLC ("SFA") submits the following response to the Amended Answer, Affirmative Defenses and Counterclaims filed by Carestream Health, Inc. ("Carestream").

On December 22, 2010, Carestream filed its Amended Answer, Affirmative Defenses and Counterclaims (the "Amended Answer"). Carestream's Amended Answer only made amendments to its affirmative defenses and did not amend any allegations in its counterclaims against SFA. Consequently, SFA was not required to respond to the Amended Answer. With respect to the allegations in the counterclaims contained in Carestream's Amended Answer, SFA's answer and responses to those identical allegations in Carestream's Original Answer, Affirmative Defenses and Counterclaims apply equally to those allegations in Carestream's Amended Answer.

Dated: January 7, 2011            Respectfully submitted,

                                 **BUETHER JOE & CARPENTER, LLC**

By:    */s/ Eric W. Buether*
        Eric W. Buether
        State Bar No. 03316880
        Eric.Buether@BJCIPLaw.com
        Christopher M. Joe
        State Bar No. 00787770
        Chris.Joe@BJCIPLaw.com
        Brian A. Carpenter
        State Bar No. 03840600
        Brian.Carpenter@BJCIPLaw.com
        1700 Pacific Avenue
        Suite 2390
        Dallas, Texas 75201
        Telephone: (214) 466-1271
        Facsimile: (214) 635-1827

        Andrew Wesley Spangler
        State Bar No. 24041960
        **Spangler Law PC**
        104 N. Houston St., Suite 135
        Marshall, Texas 75670
        Telephone: (903) 935-3443
        Facsimile: (903) 938-7843
        spangler@spanglerlawpc.com

        David M. Pridham
        RI State Bar No. 6625
        **Law Office of David Pridham**
        25 Linden Road
        Barrington, Rhode Island 02806
        Telephone: (401) 633-7247
        Facsimile: (401) 633-7247
        david@pridhamiplaw.com

        **ATTORNEYS FOR PLAINTIFF**
        **SFA SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 7th day of January 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

                                           */s/ Eric W. Buether*
                                           Eric W. Buether