**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SFA SYSTEMS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-340-LED |
| v. | § § | JURY TRIAL DEMAND |
| 1-800-FLOWERS.COM, INC., et al. | § § | |
| Defendants. | § § | |
| SFA SYSTEMS, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:10-cv-00300-LED |
| v. | § § | JURY DEMANDED |
| BIGMACHINES, INC., et al. | § § | |
| Defendants. | § § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING**
**STATEMENT PURSUANT TO P.R. 4-3**

Plaintiff and Defendants in these two actions hereby submit the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3 and the Court's Docket Control Orders entered in these actions.

The patent in suit is U.S. Patent 6,067,525, entitled "Integrated Computerized Sales Force Automation System," (the "'525 patent"). The '525 patent issued on May 23, 2000, from an application filed on October 30, 1995.

Section I identifies the claim terms and phrases of the '525 patent for which the parties have agreed as to the proper construction. Section II and Exhibits 1-3 set forth the parties' proposed constructions for the disputed terms and phrases of the '525 patent, along with the identification of supporting intrinsic and extrinsic evidence. Section III states the parties' positions regarding the length of the claim construction hearing. Section IV addresses the expert testimony that the parties may rely on

in support of its proposed claim constructions.  Section V addresses the parties' current position on the need for a prehearing conference.

### I.     Agreed Claim Constructions [P.R. 4-3(a)]

Pursuant to P.R. 4-3(a), the parties have agreed to the construction of the following terms:

| Claims | Claim Term | Agreed Upon Construction |
|---|---|---|
| 1, 20, 24-25, 40 | "inferring" | "logical process by which a factual conclusion is derived from known facts by the application of logical rules" |
| 1, 20, 40 | "inferring occurrence of an event" | "logical process by which the fact that an event has occurred is derived by application of logical rules" |
| Claims | Claim Term | Agreed Upon Order of Performance of Method Steps |
| 20 | "the method comprising the steps of: automatically detecting . . .; inferring . . .; and automatically initiating . . . ." | Sequential, in the order written (*i.e.* [1] automatically detecting…, [2] inferring occurrence…, and [3] automatically initiating…) |

If the parties reach agreement regarding any other claim terms at a later date, they will supplement the present Joint Statement.

### II.    Disputed Claim Constructions [P.R. 4-3(b)]

Pursuant to P.R. 4-3(b), the chart attached as Exhibit 1 to this Joint Statement contains disputed patent claim terms, phrases, or clauses for which Plaintiff and Defendants propose different constructions.  The parties dispute whether §112, ¶ 6 applies to any claim limitations.  Plaintiff contends that §112, ¶ 6 does not apply to any claims.  Defendants contend that §112, ¶ 6 applies to certain claim limitations identified in Exhibit 1.

Exhibit 2 provides Plaintiff's identification of intrinsic and extrinsic evidence supporting its proposed constructions, as required by P.R. 4-3(b).  Attached as Exhibits 2-A through 2-I is the extrinsic evidence referenced therein.

Exhibit 3 provides Defendants' identification of intrinsic and extrinsic evidence supporting their proposed constructions and Defendants' proposed structure(s)/act(s) for the claims that Defendants

contend are governed by §112, ¶ 6, as required by P.R. 4-3(b). Attached as Exhibits 3-A through 3-H is the extrinsic evidence referenced therein.

### III. Length of Claim Construction Hearing [P.R. 4-3(c)]

The Court's Docket Control Order schedules the claim construction hearing to be held on April 7, 2011. Pursuant to P.R. 4-3(c), the parties request three (3) hours total, one and a half (1.5) hours per side for the claim construction hearing.

### IV. Live Witness Testimony at Claim Construction Hearing [P.R. 4-3(d)]

The parties do not intend to offer any live witness testimony at the claim construction hearing.

### V. Other Issues [P.R. 4-3(e)]

The parties agree that neither side will submit a witness at the claim construction hearing. Instead, both sides will submit only expert witness declarations in support of their claim construction positions limited to the topics of whether the "plurality of subsystems. . . ." and "event manager" limitations should be construed under 35 U.S.C. §112 ¶6. The parties will not submit any expert witness testimony regarding any other claim construction issues.

The Defendants will provide Plaintiff with their draft expert declaration no later than February 15, 2011. Plaintiff will provide defendants with its draft expert declaration no later than February 18, 2011. Both sides agree to extend the deadline for claim construction discovery should either side determine the need to depose the expert witness regarding the testimony set forth in the claim construction declaration submitted as discussed above.

The parties are unaware of any additional issues that might require the scheduling of a prehearing conference.

Dated: February 8, 2011                          Respectfully submitted,

BUETHER JOE & CARPENTER, LLC                     FISH & RICHARDSON P.C.


By: */s/ Eric W. Buether*                        By:  /s/ Neil J. McNabnay
Eric W. Buether                                  Neil J. McNabnay
State Bar No. 03316880                           njm@fr.com
Eric.Buether@BJCIPLaw.com                        *Lead Attorney*
Christopher M. Joe                               Britnee M. Reamy (Serve)
State Bar No. 00787770                           bmr@fr.com
Chris.Joe@BJCIPLaw.com                           1717 Main Street
Brian A. Carpenter                               Suite 5000
State Bar No. 03840600                           Dallas, TX  75201
Brian.Carpenter@BJCIPLaw.com                     214-747-5070
                                                 214-747-2091 FAX
1700 Pacific Avenue
Suite 2390                                       Ajit Dang
Dallas, Texas 75201                              dang@fr.com
Telephone: (214) 466-1271                        FISH & RICHARDSON PC - ATLANTA
Facsimile: (214) 635-1827                        1180 Peachtree Street NE
                                                 21st Floor
Andrew Wesley Spangler                           Atlanta, GA 30309
State Bar No. 24041960                           404-892-5005 Tel
Spangler Law PC                                  404-892-5002 Fax
104 N. Houston St., Suite 135
Marshall, Texas  75670                           **ATTORNEYS FOR DEFENDANTS**
Telephone:  (903) 935-3443                       **BARNES AND NOBLE, INC.**
Facsimile:  (903) 938-7843                       **BARNESANDNOBE.COM LLC**
spangler@spanglerlawpc.com                       **BIGMACHINES, INC.**
                                                 **CARESTREAM HEALTH, INC.**
David M. Pridham                                 **ENTERASYS NETWORKS, INC.**
RI State Bar No. 6625                            **J & R ELECTRONICS, INC.**
Law Office of David Pridham                      **RICOH AMERICAS CORPORATION**
25 Linden Road
Barrington, Rhode Island 02806
Telephone:  (401) 633-7247
Facsimile:   (401) 633-7247
david@pridhamiplaw.com

**ATTORNEYS FOR PLAINTIFF**
**SFA SYSTEMS, LLC**


**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO P.R. 4-3**         Page 4

POTTER MINTON

By: /s/ Douglas Ray McSwane, Jr.
Douglas Ray McSwane, Jr.
dougmcswane@potterminton.com
***Lead Attorney***
P.O. Box 359
Tyler, TX 75710
903-597-8311 Tel
903-593-0846 Fax

Gene C. Schaerr
gschaerr@winston.com
Geoffrey P. Eaton
geaton@winston.com
John Moss
jwmoss@winston.com
Jacob Loshin
jloshin@winston.com
Winston & Strawn - DC
1700 K Stereet, NW
Washington, DC 20006
202-282-5000 Tel
202-282-5100 Fax

Peter C. McCabe, III
pmccabe@winston.com
Winston & Strawn - Chicago
35 W Wacker Drive
Chicago, IL 60601
312-558-5600 Tel
312-558-5700 Fax

**ATTORNEYS FOR HYUNDAI MOTOR AMERICA, INC.**

| | |
|---|---|
| MUNCK CARTER LLP | THOMPSON COBURN - ST. LOUIS |

By:  /s/ Jennifer Beth Ingram  
     Jamil N. Alibhai  
     Bar No. 00793248  
     jalibhai@munckcarter.com  
     Jennifer B. Ingram  
     Bar No. 24038972  
     jingram@munckcarter.com  
     12770 Coit Road  
     Suite 600  
     Dallas, TX 75251  
     Telephone:  (972) 628-3600  
     Fax:  (972) 628-3616  

**ATTORNEYS FOR DEFENDANTS**
**GAMESTOP CORP.**
**GAMESTOP, INC.**
**GAMESTOP.COM, INC.**

By:  /s/ Dean Franklin  
     Dean Franklin  
     dfranklin@thompsoncoburn.com  
     Mathew A. Braunel  
     mbraunel@thompsoncoburn.com  
     One US Bank Plaza  
     27th Floor  
     St. Louis, MO 63101  
     Telephone:  (314) 552-6106  
     Fax:  (314) 552-7106  

**ATTORNEYS FOR DEFENDANTS**
**GANDER MOUNTAIN COMPANY**
**OVERTON'S, INC.**

| | |
|---|---|
| ZARIAN MIDGLEY & JOHNSON, PPLC | ORRICK HERRINGTON & SUTCLIFFE - IRVINE |
| By: /s/ Lane M. Chitwood<br>Lane M. Chitwood<br>chitwood@zmjlaw.com<br>Matthew Whipple<br>whipple@zmjlaw.com<br>John N. Zarian<br>zarian@zmjlaw.com<br>Cathy Pontak<br>pontak@zmjlaw.com<br>960 Broadway Avenue<br>Suite 2500<br>Boise, ID 83706<br>Debra Elaine Gunter<br>debby@yw-lawfirm.com<br>Herbert A. Yarbrough, III<br>trey@ yw-lawfirm.com<br>100 E. Ferguson Street<br>Suite 1015<br>Tyler, TX 75702<br>Telephone: (903) 595-3111<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**NEWEGG INC.**<br>**NEWEGG.COM INC.** | By: /s/ M.P. Wine (Mark) LEAD<br>M.P. Wine<br>mwine@orrick.com<br>Andrew De La Cruz<br>adelacruz@orrick.com<br>Benjamin Lin<br>blin@orrick.com<br>Cynthia A. Lock<br>clock@orrick.com<br>4 Park Plaza<br>Suite 1600<br>Irvine, CA 92614<br>Telephone: (949) 567-6700<br>Fax: (949) 567-6710<br><br>Bobby L. Vincent<br>lancev@rllawfirm.net<br>gayf@ rllawfirm.net<br>RITCHESON LAUFFER VINCENT &<br>DUKES<br>2 American Center<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701<br><br>**ATTORNEYS FOR DEFENDANT**<br>**THE TIMBERLAND COMPANY** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on February 8, 2011. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Eric W. Buether*
Eric W. Buether