# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **SFA SYSTEMS, LLC.** | |
| *Plaintiff,* | **Civil Action No. 6:10-CV-00300-LED** |
| **v.** | **JURY TRIAL DEMANDED** |
| **BIGMACHINES, INC.,** *et al.* | |
| *Defendants.* | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Parties' Stipulated Motion for Dismissal of Plaintiff's claims against Defendants BigMachines, Inc.; Enterasys Networks, Inc.; Ricoh Americas Corporation; and Carestream Health, Inc., with prejudice and all counterclaims as moot, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, and DECREED that all claims asserted in this suit by Plaintiff against Defendants are hereby dismissed with prejudice, and all counterclaims are dismissed as moot, subject to the terms of that certain agreement (and its exhibits) dated September 15, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 28th day of September, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**